**IN THE UNITED STATES DISTRICT COURTS**
**FOR THE DISTRICT OF MASSACHUSETTS**

**JASMINE MONTGOMERY AND SONYA**
**CHANDLER ANDERSON,**
***Plaintiffs,***

**CAUSE NO. 1:13-CV-10949-RGS**

v.
**STEPHEN WHALEN, FRED STARIKOV**
**JJG REAL ESTATE VENTURES, LLC,**
**CITY REALTY LLC, AND JOHN DOE**
***Defendants***

**PLAINTIFFS NOTICE OF NONSUIT WITH PREJUDICE**

**TO THE HONORABLE JUDGE OF THIS COURT,**

And all interested person, please take notice that the Plaintiffs JASMINE MONTGOMERY and SONYA CHANDLER ANDERSON pursuant to Federal Rule of Civil procedure 41(a) files this Plaintiffs Notice of nonsuit with prejudice of all plaintiffs claims against STEPHEN WHALEN, FRED STARIKOV, JJG REAL ESTATE VENTURES, LLC, CITY REALTY, LLC AND JOHN DOE ("Defendants"), in the above style and number cause. The Plaintiff humble request that the court acknowledging the Plaintiffs notice and sign an order dismissing all plaintiffs claims with prejudice.

**RESPECTFULLY SUBMITTED**

By: ______________________
Sonya Chandler Anderson

By: ______________________
Jasmine Montgomery
1406 Southmore
Houston, Texas 77004
(713) 520-8484 Telephone
(866) 274-8878 Facsimile

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiffs Notice of Non-suit was served on this 8th day of ~~June~~ July 2013, on the defendants by and through their attorney of record:

Robert D. Russo, Esq.
Law Offices of Russo & Scolnick
2 Oliver Street, 8th Floor
Boston, MA 02109
Phone: 617.542.7700
Fax 617.695.0855

By: Sonya Chandler Anderson

Sonya Chandler Anderson